Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VILLALPANDO,<br><br>                  Plaintiff,<br><br>        vs.<br><br>BLAIR ADHESIVE PRODUCTS, INC.<br><br>                  Defendant. | **Case No. 2:19-cv-08611-JWH-PLA**<br><br>**UPDATED NOTICE OF SIGNED SETTLEMENT AGREEMENT AND 45-DAY FEDERAL AGENCY REVIEW PERIOD**<br><br>Complaint Filed:  October 7, 2019 |

        PLEASE TAKE NOTICE that pursuant to Local Rule 40-2 the parties have reached a settlement resolving all claims in this action.  The settlement is contingent upon the expiration of the federal agency 45-day review period.[1]

        PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement by the United States Department of Justice and the National and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day review period under 33 U.S.C. § 1365(c)).  Such notice was mailed by

---

[1] Title 33 of the United States Code, Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

1  certified mail return receipt requested to the agencies on September 14, 2020.  On

2  October 14, 2020, the Department of Justice advised the parties that it had received

3  the proposed settlement on September 14, 2020, and requested that the parties advise

4  the Court that it is the Department of Justice's position that it has until October 29,

5  2020, to review the proposed settlement.  If any of the reviewing agencies object to

6  the proposed agreement, the parties would require additional time to meet and confer

7  and attempt to resolve the agencies' concerns.

8         Should the Court require any additional information, the undersigned will

9  provide it upon request.

10  Dated: October 14, 2020                    Respectfully Submitted,

11

12                                             BRODSKY & SMITH, LLC

13                                             By:*s/ Evan J. Smith, Esquire*
                                               Evan J. Smith, Esquire
14                                             esmith@brodskysmith.com
                                               Ryan Cardona, Esquire
15                                             rcardona@brodskysmith.com
                                               9595 Wilshire Boulevard, Suite 900
16                                             Beverly Hills, CA 90212
                                               Telephone:   (877) 534-2590
17                                             Facsimile:    (310) 247-0160

18

19

20                                             *Attorneys for Plaintiff*

21

22

23

24

25

26

27

28