JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| EDGAR VILLALPANDO, | Case No.: 2:19-cv-08611-JWH-PLAx |
|---|---|
| Plaintiff, | **ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| vs. | Complaint Filed: October 7, 2019 |
| BLAIR ADHESIVE PRODUCTS | |
| Defendant. | |

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that the parties' Joint Stipulation to Dismiss Action with Prejudice Pursuant to Settlement is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Edgar Villalpando's claims against Defendant Blair Adhesive Products, as set forth in the July 24, 2019, Notice of Violations and October 7, 2019, Complaint filed in Case No.: 2:19-cv-08611-JWH-PLA, are hereby dismissed with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 6, 2020

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE